# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:20-cv-00286-MR

| | |
|---|---|
| JOHN THOMAS JONES, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TONI SELLERS HAIRE, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* Motion to Continue [Doc. 47], and on Defendants' Motion to Extend Case Management Deadlines [Doc. 48].

The incarcerated *pro se* Plaintiff filed this action pursuant to 42 U.S.C. § 1983 for the allegedly deficient medical care he at the Lanesboro Correctional Institution. The Complaint passed initial review on claims that the Defendants were deliberately indifferent to a serious medical need.[1] [Doc. 11]. On May 24, 2021, the Court entered a Pretrial Order and Case Management Plan that set the discovery cutoff date as September 3, 2021

---

[1] Defendants Haynes and Haire have been dismissed from the case. [Docs. 39, 43]. The remaining Defendants are Alvin R. Burke, Natalie Snipes Mills, and Randy Mullis.

and the deadline to file dispositive motions as October 4, 2021. [Doc. 42]. A Protective Order was entered on September 20, 2021. [Doc. 46].

In the pending Motions, the parties ask the Court to extend the discovery and dispositive motions deadlines. The Plaintiff seeks a 60-day extension of the deadlines whereas the Defendants seek a 30-day extension. An extension will be granted for 60 days for good cause shown and in light of the Plaintiff's *pro se* incarcerated status.[2]

**IT IS, THEREFORE, ORDERED** that Plaintiff's *pro se* Motion to Continue [Doc. 47] and Defendants' Motion to Extend Case Management Deadlines [Doc. 48] are **GRANTED**, and the parties shall have until November 2, 2021 to complete discovery and until December 3, 2021 to file dispositive motions.

**IT IS SO ORDERED.**

Signed: September 24, 2021

Martin Reidinger
Chief United States District Judge

---

[2] The Court also appointed North Carolina Prisoner Legal Services (NCPLS) to assist the Plaintiff with discovery pursuant to Standing Order 3:19-mc-00060. [Doc. 42]. However, NCPLS was unable to accept the appointment and entered a notice of non-representation on June 7, 2021. [Doc. 44].