# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:20-cv-00286-MR

| | |
|---|---|
| **JOHN THOMAS JONES, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **TONI SELLERS HAIRE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court sua sponte.

The deadline to file dispositive motions expired on March 23, 2022 and neither party has filed such a motion. [See Doc. 66]. The parties are directed to notify the Court within fourteen (14) days of this Order whether they consent for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference be undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial. Should the parties not agree to a judicial settlement conference in this matter, the matter will be set for trial to occur as soon as feasible.

**IT IS, THEREFORE, ORDERED** that the parties shall notify the Court within fourteen (14) days of this Order whether they consent to a judicial settlement conference in this matter.

**IT IS SO ORDERED**.

Signed: March 31, 2022

Martin Reidinger
Chief United States District Judge